United States District Court
for the
Southern District of Illinois

| | |
|---|---|
| CYRIL B. KORTE,<br><br>Plaintiff,<br><br>v.<br><br>HUNTER'S MANUFACTURING COMPANY, INC. d/b/a TENPOINT CROSSBOW TECHNOLOGIES and CABELA'S RETAIL MO, LLC.,<br><br>Defendants. | Case Number: 12-cv-00791-MJR-DGW |

## JUDGMENT IN A CIVIL ACTION

This cause of action is dismissed with prejudice as a result of the parties settlement. Each party shall bear his or its own costs, unless otherwise provided in the settlement documents.

Dated: December 10, 2013

NANCY J. ROSENSTENGEL, Clerk
s/ Debbie DeRousse
Deputy Clerk

Approved: _____
Michael J. Reagan, U.S. District Judge